[No. 10232-0-I.   Division One.   April 16, 1984.]

JAMES A. BERG & ASSOCIATES, INC., *Respondent,*
v. ANTHONY L. DEVORE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 863268, Arthur E. Piehler, J., entered April 8, 1981. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Ringold and Scholfield, JJ.

[No. 6326-3-II.   Division Two.   April 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
EDWARD PAGE, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 5855, Gerald B. Chamberlin, J., entered October 23, 1981. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[Nos. 5218-4-III; 5362-8-III.   Division Three.   April 17, 1984.]

S. M. JAMEEL HASAN, *Appellant,* v. H. GEORGE
FREDERICKSON, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for Spokane County, No. 82-2-00517-1, Thomas E. Merryman, J., entered May 14, 1982. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J. Now published at 37 Wn. App. 800.

[No. 5215-0-III.   Division Three.   April 17, 1984.]

PETER LINDBERG, *Appellant,* v. THE CITY OF
MOSES LAKE, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 31009-A, James D. Kendall, J., entered May 21, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, A.C.J., and Thompson, J.